Vincent M. Giblin, Esq. (VG-3668)
**KROLL HEINEMAN GIBLIN, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
Attorneys for Petitioners

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS | ) ) ) | Hon. Jose L. Linares, U.S.D.J. |
| Petitioners, | ) ) ) | Civil Action No.: 07-2139 (JLL) |
| v. | ) ) ) | CIVIL ACTION |
| M & R MECHANICAL CONTRACTORS, INC., | ) ) ) ) | **ORDER TO ENFORCE LITIGANT'S RIGHTS** |
| Respondent. | ) | |

**THIS MATTER** having come before the Court by Kroll Heineman Giblin, LLC, (Vincent M. Giblin, Esq., appearing) attorneys for Petitioners, pursuant to a Motion to Enforce Litigant's Rights; and the Respondent having failed to appear on the return date and having failed to comply with the information subpoena; and this Court having fully considered the moving and opposition papers submitted by the parties, as well as the arguments of counsel, if any, and for good and sufficient cause shown;

**IT IS** on this 13TH day of November 2007;

**ORDERED, ADJUDGED, AND DECREED** that Respondent M & R European Construction Corp. has violated Petitioners' Rights as litigants; and it is further

**ORDERED** that Respondent M & R Mechanical Contractors, Inc. shall immediately furnish answers as required by the information subpoena; and it is further

ORDERED that if Respondent M & R Mechanical Contractors, Inc. SHALL comply with the information subpoena within ten (10) days of the certified date of personal service or mailing of this Order, AND IT IS FURTHER ~~a warrant for the Respondent's arrest shall issue out of this Court without further notice; and it is further~~

ORDERED that Respondent SHOLD ~~shall pay Petitioners' attorneys' fees in connection with this motion in the amount of $_____~~. ↳ M & R Mechanical Contractors, Inc. fail to comply with This Order, Petitioner may apply for attorney's fees and costs, to be supported by certification.

s/Claire C. Cecchi

~~HON. JOSE L. LINARES, U.S.D.J.~~
Hon. Claire C. Cecchi, U.S.M.J.